IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DUSTIN GREEN, Individually and on Behalf of All Others,<br><br>Plaintiffs,<br><br>v.<br><br>FLYNN RESTAURANT GROUP, LP, and BELL AMERICAN GROUP, LLC,<br><br>Defendants. | Case No. 3:24-CV-483-NJR |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Notice of Voluntary Dismissal Without Prejudice dated March 18, 2024 (Doc. 16), this case was voluntarily **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

DATED: March 19, 2024

MONICA A. STUMP,
Clerk of Court

By:  s/ *Deana Brinkley*
Deputy Clerk

APPROVED: _____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**